NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

ATTORNEY(S) FOR:  Plaintiff, A.B.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| A.B., a minor, by and through his guardian ad litem, Monique Padilla, individually<br><br>Plaintiff(s),<br>v.<br>COUNTY OF SAN BERNARDINO, and DOES 1–10<br><br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
| --- | --- |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff, A.B. _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| A.B., a minor, by and through his guardian ad litem, Monique Padilla, individually and as successor-in-interest to Anthony Bray | Plaintiff |
| COUNTY OF SAN BERNARDINO | Defendant |

July 10, 2026
Date

/s/ Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, A.B.

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES