**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff A.B.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Monique Padilla, individually and as successor-in-interest to Anthony Bray,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF  SAN BERNARDINO, and DOES 1–10,<br><br>        Defendants. | Case No.:<br><br><br>**APPLICATION OF MONIQUE PADILLA FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF A.B.**<br><br>**[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]**<br><br>[377 Declaration; Consent of Nominee to Appointment as Guardian *Ad Litem* and Proposed Order *filed concurrently herewith*) |

1

APPLICATION OF MONIQUE PADILLA FOR APPOINTMENT AS GUARDIAN AD LITEM

## APPLICATION OF MONIQUE PADILLA FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF A.B.

1.    A.B. is the minor Plaintiff in the above-referenced case.

2.    A.B. was born in 2014, and he is eleven (11) years old.

3.    I, Monique Padilla, am the natural mother of minor Plaintiff A.B.

4.    Minor Plaintiff A.B. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of his civil rights and his father's civil rights. On January 1, 2026, a deputy or deputies working for the County of San Bernardino, shot and killed decedent Anthony Bray, the natural father of minor Plaintiff A.B.

5.    I, Monique Padilla, am not a plaintiff in this matter, and I have no interests potentially adverse to minor Plaintiff A.B.

6.    I, Monique Padilla am a resident of the City of Hesperia, County of San Bernardino, in the State of California.

7.    I, Monique Padilla, am a responsible adult and fully competent to understand and protect the rights of said minor. *See* Consent of Nominee to Appointment as Guardian *ad litem* for A.B. filed concurrently herewith.

8.    Plaintiff therefore respectfully requests an order appointing Monique Padilla as Guardian *ad litem* for minor Plaintiff A.B.

DATED:    July 9, 2026

By: _____
Signed by:
4D43434C4CCA495...
Monique Padilla,
[proposed] guardian *ad litem*

//

//

//

Docusign Envelope ID: 14E3A2B8-8240-82C0-8003-EE0C8BF1F66C

DATED: July 10, 2026      **LAW OFFICES OF DALE K. GALIPO**

     /s/     *Dale K. Galipo*
     Dale K. Galipo
     Renee V. Masongsong
     *Attorney for Plaintiff, A.B.*

APPLICATION OF MONIQUE PADILLA FOR APPOINTMENT AS GUARDIAN AD LITEM