**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff A.B.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Monique Padilla, individually and as successor-in-interest to Anthony Bray,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF  SAN BERNARDINO, and DOES 1–10,<br><br>    Defendants. | Case No.:<br><br>**DECLARATION OF MONIQUE PADILLA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF A.B., SUCCESSOR IN INTEREST TO ANTHONY BRAY**<br><br>[Fed R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373]<br><br>[*Application for Appointment as Guardian ad Litem; Consent of Nominee* and *Proposed Order* filed concurrently herewith] |

1

DECLARATION OF MONIQUE PADILLA

## C.C.P. § 377.32 DECLARATION OF MONIQUE PADILLA, FOR A.B., AS SUCCESSOR IN INTEREST TO ANTHONY BRAY

I, Monique Padilla, do hereby declare as follows:

1. My name is Monique Padilla, I am a competent adult over the age of eighteen and the natural mother and *guardian ad litem* for plaintiff A.B.

2. I am personally familiar with the facts contained herein and would competently testify thereto if called upon to do so.

3. A.B. was born in 2014, and he is eleven years old.

4. The name of the decedent in this action is Anthony Bray ("Decedent").

5. Decedent is the natural father of plaintiff A.B.

6. Decedent died on January 11, 2026, in the city of Loma Linda, California.

7. No proceeding is now pending in California for administration of Decedent's estate.

8. A.B. is Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and succeeds to Decedent's interest in this action as the natural son of Decedent.

9. No other persons have a superior right to commence this action or proceeding, or to be substituted for Decedent in this pending action or proceeding.

10. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Monique Padilla, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ____7/9/2026____ in ____Hesperia____, California.

Signed by:

_____
Monique Padilla

2

DECLARATION OF MONIQUE PADILLA

# EXHIBIT A

CERTIFICATION OF VITAL RECORD

# COUNTY of SAN BERNARDINO

### DEPARTMENT OF PUBLIC HEALTH
451 E. VANDERBILT WAY, SAN BERNARDINO, CA 92408

| 3052026047535 | CERTIFICATE OF DEATH | 3202636002496 |
|---|---|---|
| STATE FILE NUMBER | STATE OF CALIFORNIA USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS VS-11 (REV 7/24) | LOCAL REGISTRATION NUMBER |

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT – FIRST (Given) ANTHONY | 2. MIDDLE THOMAS | 3. LAST (Family) BRAY | | | |
|---|---|---|---|---|---|
| AKA: ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | 4. DATE OF BIRTH mm/dd/ccyy 07/01/1987 | 5. AGE Yrs. 38 | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX M |
| 9. BIRTH STATE/FOREIGN COUNTRY CA | 10. SOCIAL SECURITY NUMBER 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 | 11. EVER IN U.S. ARMED FORCES? YES [X] NO UNK | 12. MARITAL STATUS/SRDP* (at Time of Death) NEVER MARRIED | 7. DATE OF DEATH mm/dd/ccyy 01/11/2026 | 8. HOUR (24 Hours) 2322 |
| 13. EDUCATION – Highest Level/Degree (see worksheet on back) GED | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) YES [X] NO | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) CAUCASIAN | | | |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED ARBORIST | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) LANDSCAPING | | | | 19. YEARS IN OCCUPATION 6 |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number, or location) 15785 POTOMAC RD APT.9 | | | | |
|---|---|---|---|---|
| 21. CITY APPLE VALLEY | 22. COUNTY/PROVINCE SAN BERNARDINO | 23. ZIP CODE 92307 | 24. YEARS IN COUNTY 38 | 25. STATE/FOREIGN COUNTRY CA |

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP GLORIA GRIJALVA, MOTHER | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) 15785 POTOMAC RD SPT.9, APPLE VALLEY, CA 92307 |
|---|---|

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST - | 29. MIDDLE - | 30. LAST (BIRTH NAME) - | |
|---|---|---|---|
| 31. NAME OF PARENT–FIRST THOMAS | 32. MIDDLE JOE | 33. LAST (BIRTH NAME) BRAY | 34. BIRTH STATE CA |
| 35. NAME OF PARENT–FIRST GLORIA | 36. MIDDLE - | 37. LAST (BIRTH NAME) GRIJALVA | 38. BIRTH STATE CA |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy 03/06/2026 | 40. PLACE OF FINAL DISPOSITION RES OF GLORIA GRIJALVA 15785 POTOMAC RD APT.9, APPLE VALLEY, CA 92307 | |
|---|---|---|
| 41. TYPE OF DISPOSITION(S) CREMATE/RESIDENCE | 42. SIGNATURE OF EMBALMER ▶ NOT EMBALMED. | 43. LICENSE NUMBER |
| 44. NAME OF FUNERAL ESTABLISHMENT PRECIADO FUNERAL HOME | 45. LICENSE NUMBER FD1736 46. SIGNATURE OF LOCAL REGISTRAR ▶ SHARON WANG, DO | 47. DATE mm/dd/ccyy 03/06/2026 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH LOMA LINDA UNIVERSITY MEDICAL CENTER | 102. IF HOSPITAL, SPECIFY ONE IP [X] ER/OP DOA | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE Hospice Nursing Home/LTC Decedent's Home Other |
|---|---|---|
| 104. COUNTY SAN BERNARDINO | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) 11234 ANDERSON ST | 106. CITY LOMA LINDA |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | Enter the chain of events — (diseases, injuries, or complications) — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) ➔ | (A) PENDING | (AT) -- | [X] YES NO |
| | (B) | (BT) | REFERRAL NUMBER 702600301 |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (C) | (CT) | 109. BIOPSY PERFORMED? YES [X] NO |
| | (D) | (DT) | 110. AUTOPSY PERFORMED? [X] YES NO |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | | | 111. USED IN DETERMINING CAUSE? [X] YES NO |

**PHYSICIAN'S CERTIFICATION**

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) NO | | 113A. DECEDENT PREGNANT IN LAST YEAR? YES [X] NO UNK |
|---|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy Decedent Last Seen Alive (B) mm/dd/ccyy | 115. SIGNATURE AND TITLE OF CERTIFIER ▶ 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | 116. LICENSE NUMBER 117. DATE mm/dd/ccyy |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH Natural Accident Homicide Suicide [X] Pending Investigation Could not be determined | 120. INJURED AT WORK? YES NO UNK | 121. INJURY DATE mm/dd/ccyy 122. HOUR (24 Hours) |
|---|---|---|
| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | | |
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | | |
| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) | | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER ▶ SHEILA FOLEY | 127. DATE mm/dd/ccyy 03/06/2026 | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER SHEILA FOLEY, DEP CORONER |

**STATE REGISTRAR**

| A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|

## CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA } SS
COUNTY OF SAN BERNARDINO

DATE ISSUED

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.

JUN 03 2026

003451935

SHARON WANG, DO
COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS
PBNCO (Rev) 12/25

This copy not valid unless prepared on engraved border displaying the date, seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE