**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff A.B.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Monique Padilla, individually and as successor-in-interest to Anthony Bray,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF  SAN BERNARDINO, and DOES 1–10,<br><br>          Defendants. | Case No.:<br><br>**CONSENT OF NOMINEE MONIQUE PADILLA FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF A.B.**<br><br>[Fed R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373]<br><br>[*Application for Appointment as Guardian ad Litem; 377 Declaration* and *Proposed Order* filed concurrently herewith] |

1

Docusign Envelope ID: 14E3A2B8-8240-82C9-8003-EE0C8BF1E66C

## CONSENT OF NOMINEE

I, Monique Padilla, the nominee and natural mother of A.B., who is the minor Plaintiff in the above-referenced action, consent to act as Guardian *ad Litem* for A.B. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on ____7/9/2026____ in ____Hesperia____, California.

Signed by:

_____
4D43434C4CCA495...

Monique Padilla

CONSENT OF NOMINEE MONIQUE PADILLA