# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Monique Padilla, individually and as successor-in-interest to Anthony Bray,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF  SAN BERNARDINO, and DOES 1–10,<br><br>        Defendants. | Case No.:<br><br><br>**[PROPOSED] ORDER APPOINTING MONIQUE PADILLA AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF A.B.** |

1

## [PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM

Having reviewed the application of Monique Padilla for appointment as guardian *ad litem* for minor Plaintiff A.B. and the consent of nominee Monique Padilla as guardian *ad litem* for Minor Plaintiff A.B., and GOOD CAUSE appearing therein, it is hereby ordered that Monique Padilla is appointed the guardian *ad litem* for minor plaintiff A.B.. in this action.

IT IS SO ORDERED.

DATED: _____    _____

UNITED STATES DISTRICT COURT

[PROPOSED] ORDER