**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff A.B.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Monique Padilla, individually and as successor-in-interest to Anthony Bray,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, and DOES 1–10,<br><br>Defendants. | Case No.: 5:26-cv-03826-KK-ACCV<br><br>**PROOF OF SERVICE OF COMPLAINT AND SUMMONS** |

1

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure and the Central District of California's Local Rule 5-3.1, Plaintiff hereby submits proof of service of the Complaint, Summons, and other documents on Defendant County of San Bernardino, attached as Exhibit "A".

DATED: August 7, 2026                **LAW OFFICES OF DALE K. GALIPO**

By:    /s/     *Renee V. Masongsong*
                Renee V. Masongsong
                *Attorney for Plaintiff*

PROOF OF SERVICE OF COMPLAINT AND SUMMONS

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo, Esq. (SBN 144074)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS dalekgalipo@yahoo.com<br>ATTORNEY FOR *(Name):* Plaintiff: A.B. | |

**SUNITED STATES DISTRICT COURT**

STREET ADDRESS: 350 West First Street, Suite 4311

CITY AND ZIP CODE: Los Angeles, CA 90012

BRANCH NAME: **CENTRAL DISTRICT OF CALIFORNIA**

| PLAINTIFF/PETITIONER: A.B., a minor, by and through his guardian ad litem, Monique Padilla,individually and as successor-ininterest to Anthony Bray<br>DEFENDANT/RESPONDENT: COUNTY OF SAN BERNARDINO | CASE NUMBER:<br>5:26-cv-03826-KK (ACCVx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2620477LT |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SEE ATTACHED LIST OF DOCUMENTS**

3. a. Party served *(specify name of party as shown on documents served):*
   **COUNTY OF SAN BERNARDINO**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Julie A. Executive Administration Assistant Clerk of the Board, Authorized person to accept service of process.**

   **Age: 44 yrs | Weight: 130 lbs | Hair: Brown | Sex: Female | Height: 5'7" | Eyes: Blue - Glasses | Race: Caucasian**

4. Address where the party was served: **385 North Arrowhead Avenue, 2nd Floor**
   **San Bernardino, CA 92415**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **8/3/2026** (2) at *(time):* **11:27 AM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>**POS010-1/2620477**

| | |
|---|---|
| Plaintiff: **A.B., a minor, by and through his guardian ad litem, Monique Padilla, individually and as successor-in-interest to Anthony Bray**<br><br>Defendant: **COUNTY OF SAN BERNARDINO** | CASE NUMBER:<br>**5:26-cv-03826-KK (ACCVx)** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                         *(2) from (city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☑ On behalf of *(specify):* **COUNTY OF SAN BERNARDINO**
     under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)             ☐ 415.46 (occupant)
                                  ☑ other: **FRCP 4(i)(2)**

7. **Person who served papers**

  a. Name: **Justin McIntosh - Ace Attorney Service, Inc.**

  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

  c. Telephone number: **(213) 623-3979**

  d. **The fee** for service was: **$ 152.69**

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ registered California process server:
       (i) ☐ owner      ☑ employee       ☐ independent contractor.
       (ii) Registration No.: **3006**
       (iii) County: **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/6/2026**

 

__**Justin McIntosh**__                 ▶                                  
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)             (Signature - Per CC §1633.7)

SHORT TITLE: A.B., a minor, by and through his guardian ad litem, Monique Padilla, individually and as successor-in-interest to Anthony Bray

COUNTY OF SAN BERNARDINO

CASE NUMBER
5:26-cv-03826-KK (AC CVx)

Case 5:26-cv-03826-KK-ACCV    Document 11    Filed 08/07/26    Page 6 of 6    Page ID #:74

ATTACHED LIST OF DOCUMENTS

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; APPLICATION OF MONIQUE PADILLA FOR APPOINTMENT AS GUARDIAN AD LITEM; DECLARATION OF MONIQUE PADILLA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF A.B., SUCCESSOR IN INTEREST TO ANTHONY BRAY; CONSENT OF NOMINEE MONIQUE PADILLA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF A.B.; [PROPOSED] ORDER APPOINTING MONIQUE PADILLA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF A.B.; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CIVIL STANDING ORDER

(Required for verified pleading) The items on this page stated on information and belief are (specifiy item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 2

Form Adopted by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**

**Attachment to Judicial Council Form or Other Court Paper**

MC020/2620477