NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Christopher P. Wesierski [Bar No. 086736]
Kathryn J. Harvey [Bar No. 241029]
James M. Lloyd [Bar No. 243997]
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517
ATTORNEY(S) FOR: Defendant COUNTY OF SAN BERNARDINO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

A.B., a minor, by and through his guardian ad litem, Monique Padilla, individually and as successor-in-interest to Anthony Bray

Plaintiff(s),

v.

COUNTY OF SAN BERNARDINO, and DOES 1-10

Defendant(s)

CASE NUMBER:
5:26-cv-03826-KK-ACCV

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant COUNTY OF SAN BERNARDINO or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| A.B., a minor, by and through his guardian ad litem, Monique Padilla, individually and as successor-in-interest to Anthony Bray | Plaintiff |
| COUNTY OF SAN BERNARDINO | Defendant |

8/25/2026
Date

Signature
James M. Lloyd

Attorney of record for (or name of party appearing in pro per):

Defendant COUNTY OF SAN BERNARDINO