**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff A.B.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

A.B., a minor, by and through his guardian *ad litem*, Monique Padilla, individually and as successor-in-interest to Anthony Bray,

Plaintiff,

v.

COUNTY OF SAN BERNARDINO, and DOES 1–10,

Defendants.

Case No.: 5:26−cv−03826−KK−ACCV
Hon. Kenly Kiya Kato

**PLAINTIFF'S REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE**

Date: October 15, 2026
Time: 10:00 AM
Location: Courtroom 3

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiff hereby respectfully requests that Renee V. Masongsong, who is an attorney of record for Plaintiff but is not lead trial counsel, be allowed to appear at the upcoming Scheduling Conference in this action in lieu of Plaintiff's lead trial counsel, Dale K. Galipo. The Scheduling Conference is currently scheduled for October 15, 2026, at 10:00 a.m.

Plaintiff's counsel makes this request because Mr. Galipo will be in trial at the Los Angeles Superior Court, *Aranda v. City of Los Angeles, et al.,* case number 24VECV04425. As such, Mr. Galipo will be unable to appear at the Scheduling Conference as currently scheduled. Plaintiff's counsel acknowledges that the Court disfavors appearances of non-lead trial counsel at Scheduling Conferences and apologizes for any inconvenience this request may cause.

DATED: September 29, 2026 **The Law Offices of Dale K. Galipo**

By: /s/ *Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff