**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

A.B., a minor, by and through his guardian *ad litem*, Monique Padilla, individually and as successor-in-interest to Anthony Bray,

Plaintiff,

v.

COUNTY OF SAN BERNARDINO, and DOES 1–10,

Defendants.

Case No.: 5:26−cv−03826−KK−ACCV
Hon. Kenly Kiya Kato

**[PROPOSED] ORDER**

Date: October 15, 2026
Time: 10:00 AM
Location: Courtroom 3

**[PROPOSED] ORDER**

Having reviewed Plaintiff's request to appear at the October 15, 2026, Scheduling Conference in this action, the Court hereby orders that Plaintiff's counsel, Renee V. Masongsong, may appear at the Scheduling Conference in lieu of lead trial counsel.

**IT IS SO ORDERED.**

DATED: September 29, 2026 UNITED STATES DISTRICT JUDGE

Hon. Kenly Kiya Kato