**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Monique Padilla, individually and as successor-in-interest to Anthony Bray,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, and DOES 1–10,<br><br>Defendants. | Case No.: 5:26-cv-03826-KK-ACCV<br><br>~~[PROPOSED]~~ **ORDER APPOINTING MONIQUE PADILLA AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF A.B.** |

**[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM**

Having reviewed the application of Monique Padilla for appointment as guardian *ad litem* for minor Plaintiff A.B. and the consent of nominee Monique Padilla as guardian *ad litem* for Minor Plaintiff A.B., and GOOD CAUSE appearing therein, it is hereby ordered that Monique Padilla is appointed the guardian *ad litem* for minor plaintiff A.B.. in this action.

IT IS SO ORDERED.

DATED: 10/09/2026

UNITED STATES MAGISTRATE JUDGE