# EXHIBIT C

**From:** rvalentine@galipolaw.com
**To:** "James M. Lloyd"
**Cc:** Diana Guevara; Dale Galipo; Jessica Velasquez
**Subject:** RE: A.B. / Padilla v. COSB M&C re Protective Order
**Date:** Friday, November 13, 2026 9:32:00 AM
**Attachments:** image006.png
image007.png
image008.png
image009.png
image010.png
image011.png
image012.png
11.12.26 Padilla Stip to File FAC.docx
11.12.26 - Padilla PO re Stip to File FAC.docx

---

Good Morning James,

Thank you for the conversation yesterday. This email confirms that you and I met and conferred yesterday regarding: (1) Plaintiff's anticipated motion to amend the complaint if we are unable to reach a stipulation to amend; (2) the status of Defendant's RFP responses/document production; and (3) Plaintiff's subpoena to the Coroner's Office seeking the autopsy report and autopsy photographs, which was issued in the event that any HIPAA regulations prevent your office from producing or obtaining those materials.

Pursuant to our conversation, I have modified Plaintiff's proposed stipulation to allow Plaintiff to amend the complaint, such that the stipulation and corresponding proposed order now include a paragraph stating that the stipulation does not waive Defendants' ability to challenge the allegations in the amended complaint. (See paragraph 4 of the stipulation and paragraph 5 of the proposed order). I intended to send this right after our call yesterday, but as you probably heard or experienced, Outlook was down nationwide yesterday. Please review the attached revised stipulation and proposed order, and please let me know no later than next week whether the County agrees to the stipulation. I'd like to get the stipulation filed no later than next Friday, 11/20. If you/the County have any further proposed edits to the stipulation, please let me know as soon as you can.

I look forward to receiving Defendant's document production (pursuant to the protective order) next Tuesday 11/17 as we discussed.

I truly hope that you have a restful weekend and continue to recover from the flu.

Thanks!

Renee

---

**From:** James M. Lloyd <jlloyd@wzllp.com>
**Sent:** Wednesday, November 11, 2026 4:38 PM
**To:** rvalentine@galipolaw.com
**Cc:** Diana Guevara <dguevara@wzllp.com>; Dale Galipo <dalekgalipo@yahoo.com>; Jessica