# EXHIBIT D

Christopher P. Wesierski [Bar No. 086736]
*cwesierski@wzllp.com*
Kathryn J. Harvey [Bar No. 241029]
*kharvey@wzllp.com*
James M. Lloyd [Bar No. 243997]
*jlloyd@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendant
COUNTY OF SAN BERNARDINO

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

A.B., a minor, by and through his guardian ad litem, Monique Padilla, individually and as successor-in-interest to Anthony Bray,

Plaintiff(s),

vs.

COUNTY OF SAN BERNARDINO, and DOES 1-10,

Defendant(s).

Case No. 5:26-cv-03826-KK-ACCV

**DEFENDANT COUNTY OF SAN BERNARDINO'S RESPONSES TO PLAINTIFF A.B.'S SPECIAL INTERROGATORIES SET ONE**

Trial Date: None Set

PROPOUNDING PARTY: Plaintiff, A.B.

RESPONDING PARTY : Defendant, County of San Bernardino

SET NO. : ONE

Defendant by and through its attorneys of record, Wesierski & Zurek LLP, responds to plaintiff's special interrogatories as follows:

PRELIMINARY STATEMENT

This responding party has not completed the investigation of the facts relating to this matter and discovery is ongoing. All responses contained herein are based only upon information and documents presently available to and specifically known

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

to this responding party.

Further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to known facts, and reveal new legal contentions. Therefore, any responses, documents, facts or contentions disclosed herein are given without prejudice to this responding party's right to produce evidence of any subsequently discovered facts or contentions.

Investigative efforts to locate additional facts are ongoing and will be continuing during the course of this litigation. If facts are discovered which fall within a category of this request and are not subject to an objection set forth herein, these facts will be made available upon proper request.

These responses are made solely for the purpose of, and in relation to this action. Each response is given subject to all appropriate objections (including, but not limited to, objections concerning competency, relevancy, materiality, propriety, and admissibility) which would require the exclusion of any testimony or document offered at any hearing or trial in this action. All such objections and grounds therefore, are reserved and may be interposed at the time of trial.

Discovery is still at an early stage and there may be other and further information affecting the Interrogatories of which this responding party despite reasonable investigation and inquiry, is presently unaware. This responding party is continuing the development of facts and legal issues which are presented in this matter and inquired into by the Interrogatories. This responding party reserves the right to modify or to enlarge these responses with such pertinent additional information and documents as may subsequently be discovered. Furthermore, these responses are made by this responding party without prejudice to this responding party's use or reliance at trial on subsequent discovered documents or information or on documents or information omitted from these responses as a result of good faith oversight, error or mistake.

/ / /

No incidental or implied admissions are intended by the responses herein. The fact that this responding party has responded or objected to any request or part thereof shall not be deemed an admission that this responding party accepts or admits the existence of any facts set forth or assumed by such request or that such response or objection constitutes admissible evidence. The fact that this responding party has responded to part or all of any request, is not intended to and shall not be construed as a waiver of any part of any objection to any request.

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

Please identify any DEPUTY who was engaged in any foot pursuit of DECEDENT during or leading up to the INCIDENT on the date of the INCIDENT.

**RESPONSE TO INTERROGATORY NO. 1:**

Objection. Responding Party objects to this Request on the grounds that it is vague and ambiguous as to the phrase “any DEPUTY,” overbroad in scope, and assumes facts not established, including that a foot pursuit of Plaintiff occurred during or leading up to the INCIDENT.

Subject to and without waiving the foregoing objections, Responding Party identifies Deputy Torey Arlotti and Deputy Gerardo Gonzalez as the individuals who may have been involved in a “foot pursuit,” as Responding Party understands the term/phrase, referenced in this interrogatory.

Discovery is ongoing and Responding Party reserves the right to amend its response as necessary up to and including the time of trial.

**INTERROGATORY NO. 2:**

Please identify any DEPUTY who fired any shots during the INCIDENT. Specifically, this Interrogatory refers to lethal gunshots fired at or in the direction of DECEDENT on January 1, 2026, by a deputy or deputies working for the COUNTY OF SAN BERNARDINO and seeks the full name or names of said deputy or deputies.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

**RESPONSE TO INTERROGATORY NO. 2:**

Objection. Responding Party objects to this Interrogatory on the grounds that it is vague and ambiguous as to the terms "any DEPUTY" and "lethal gunshots," and to the extent it seeks information beyond Responding Party's personal knowledge.

Subject to and without waiving the foregoing objections, Responding Party identifies Sergeant Shane Andersen as an individual referenced in connection with the firing of a gunshot(s) during the INCIDENT.

Discovery is ongoing and Responding Party reserves the right to amend its response as necessary up to and including the time of trial.

**INTERROGATORY NO. 3:**

Please identify any DEPUTY who was at the SCENE when shots were fired by DEPUTIES at DECEDENT during the INCIDENT.

**RESPONSE TO INTERROGATORY NO. 3:**

Objection. Responding Party objects to this Interrogatory on the grounds that it is vague and ambiguous as to the terms "Any DEPUTY" and is overbroad in scope, as it seeks identification of any DEPUTY present at the SCENE without limitation as to the Deputy's involvement in or knowledge of the INCIDENT.

Subject to and without waiving the foregoing objections, Responding Party identifies the following individuals in connection with the SCENE at the time of the alleged shooting incident involving DEPUTIES and DECEDENT:

1. Sergeant Shane Andersen;
2. Deputy Torey Arlotti; and
3. Deputy Gerardo Gonzalez.

Discovery is ongoing and Responding Party reserves the right to amend its response as necessary up to and including the time of trial.

/ / /

/ / /

**INTERROGATORY NO. 4:**

For any DEPUTY named in YOUR response to Interrogatory No. 2 of this set, please state whether those DEPUTY or DEPUTIES are currently employed by the COUNTY OF SAN BERNARDINO, including the San Bernardino Sheriff's Department.

**RESPONSE TO INTERROGATORY NO. 4:**

Objection. Responding Party objects to this Interrogatory to the extent it seeks information equally available to Propounding Party from the County of San Bernardino or its Sheriff's Department.

Subject to and without waiving the foregoing objection, Responding Party responds in the affirmative.

Discovery is ongoing and Responding Party reserves the right to amend its response as necessary up to and including the time of trial.

DATED: November 5, 2026 WESIERSKI & ZUREK LLP

By: [signature]

JAMES M. LLOYD
Attorneys for Defendant COUNTY OF SAN BERNARDINO

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

# VERIFICATION

I have read the foregoing **DEFENDANT COUNTY OF SAN BERNARDINO'S RESPONSES TO PLAINTIFF A.B.'S SPECIAL INTERROGATORIES SET ONE** and know its contents.

I am an authorized representative of COUNTY OF SAN BERNARDINO, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 5, 2026, at San Bernardino, California.

Signed by: Michael Gardea
78FC651416AC489...

MICHAEL GARDEA
Print Name of Signatory

Signature

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 29 Orchard Road, Lake Forest, CA 92630.

On November 5, 2026, I served true copies of the following document(s) described as **DEFENDANT COUNTY OF SAN BERNARDINO'S RESPONSES TO PLAINTIFF A.B.'S SPECIAL INTERROGATORIES SET ONE** on the interested parties in this action as follows:

| | |
|---|---|
| Dale K. Galipo<br>Renee V. Masongsong<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>E-Mail: dalekgalipo@yahoo.com; rvalentine@galipolaw.com | Attorneys for Plaintiff (s) A.B, a minor, by and through his guardian ad litem, Monique Padilla, individually and as successor-in-interest to Anthony Bray |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dguevara@wzllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 5, 2026, at Lake Forest, California.

Diana Guevara

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000