# EXHIBIT F

**From:** rvalentine@galipolaw.com
**To:** Christopher Wesierski; Kathryn J. Harvey; James M. Lloyd; Diana Guevara; Heidi Gallacher; Kaitlyn Zendejas; Jessica Velasquez
**Cc:** Darci Gilbert; Dale Galipo
**Subject:** A.B./Padilla v. County of San Bernardino, Case No. 5:26–cv–03826–KK–ACCV - Plaintiff"s M&C re Motion to Amend
**Date:** Tuesday, November 10, 2026 5:21:00 PM
**Attachments:** 11.10.26 Padilla Stip to File FAC.docx
11.10.26 - Padilla PO re Stip to File FAC.docx
11.10.26 Plaintiff"s MC Re Motion to Amend (002).pdf
11.10.26 Proposed Padilla FAC (Redline).docx

---

Counsel,

I write to follow up on my initial “meet and confer” discussions regarding Plaintiff’s intent to amend Plaintiff’s Complaint to name the individuals involved in the incident giving rise to this lawsuit in place of DOE Defendants. I first raised this issue during our early meeting of counsel on September 24, 2026, and again in subsequent emails. Now that I have reviewed Defendant County’s November 5, 2026, interrogatory responses identifying Shane Andersen, Torey Arlotti, and Gerardo Gonzalez, I have prepared a redlined Proposed First Amended Complaint, stipulation to allow Plaintiff to file the amended complaint, and a corresponding proposed order. These documents, along with a “meet and confer” letter, are attached here for your review.

Please review these documents and let me know when you are available to have a further conference of counsel on this issue. I propose the following dates and times: November 11, 2026 at 9:00 a.m., 10:00 a.m., 2:00 p.m., 3:00 p.m., or 4:00 p.m.; November 12, 2026 at 9:00 a.m., 10:00 a.m., 2:00 p.m., 3:00 p.m., or 4:00 p.m.; November 13, 2026 at 9:00 a.m., 10:00 a.m., 2:00 p.m., 3:00 p.m., or 4:00 p.m.; November 16, 2026 at 9:00 a.m., 10:00 a.m., 2:00 p.m., 3:00 p.m., or 4:00 p.m.; November 17, 2026 at 2:00 p.m., 3:00 p.m., or 4:00 p.m. If these dates and times do not work for you, please let me know what date and time that falls within the next 7 days does work for you. I will make myself available outside of business hours if needed.

I look forward to hearing back from you. You can reach me by email or at the number below between 9:00 a.m. and 5:00 p.m. If you would like to discuss this outside of those hours, please let me know, and I will provide an alternate phone number.

Renee V. Masongsong, Esq. | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: rvalentine@galipolaw.com www.GalipoLaw.com