# EXHIBIT G

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Monique Padilla, individually and as successor-in-interest to Anthony Bray,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO and DOES 1–10,<br><br>Defendants. | Case No. 5:26-cv-03826-KK-ACCV<br><br>Assigned to:<br>Hon. District Judge Kenly Kato<br>Hon. Magistrate Judge Angela C. C. Viramontes<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT TO NAME INDIVIDUAL DEPUTIES IN PLACE OF DOE DEFENDANTS**<br><br>[Proposed] Order *filed concurrently herewith* |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiff A.B., a minor, by and through his guardian ad litem Monique Padilla, individually and as successor-in-interest to Anthony Bray ("Plaintiff"), and Defendant County of San Bernardino ("COUNTY"), by and through their respective attorneys of record, as follows:

1. Plaintiff filed his Complaint on July 10, 2026. Defendant COUNTY answered the Complaint on August 24, 2026.
2. At the time of the filing of their Complaint, Plaintiff was genuinely

ignorant of the name of the COUNTY deputies involved in the incident giving rise to this lawsuit. Subsequently, through Defendant COUNTY's November 5, 2026 Interrogatory responses, Plaintiff learned that SERGEANT SHANE ANDERSEN, DEPUTY TOREY ARLOTTI, and DEPUTY GERARDO GONZALEZ are the individuals who were involved in the incident giving rise to this lawsuit.

3. After meeting and conferring on this issue, the Parties agree that Plaintiff may file an amended complaint for the purpose of naming SERGEANT SHANE ANDERSEN, DEPUTY TOREY ARLOTTI, and DEPUTY GERARDO GONZALEZ as individual defendants in place of "Doe Defendants 1-3."
4. The Parties agree that the instant Stipulation does not waive Defendants' ability to challenge the allegations set forth in Plaintiff's First Amended Complaint.
5. A copy of Plaintiff's proposed First Amended Complaint (redlined) is attached hereto as "Exhibit A."
6. A copy of Plaintiff's proposed First Amended Complaint (clean) is attached hereto as "Exhibit B."
7. Counsel for the COUNTY agrees to accept service of the First Amended Complaint on behalf of the COUNTY, as well as the newly named Defendants, SERGEANT SHANE ANDERSEN, DEPUTY TOREY ARLOTTI, and DEPUTY GERARDO GONZALEZ, by email.

8. Plaintiff shall have 7 days to file the First Amended Complaint after the Court grants leave to do so. Defendants COUNTY, SERGEANT SHANE ANDERSEN, DEPUTY TOREY ARLOTTI, and DEPUTY GERARDO GONZALEZ shall have 14 days after the filing and email service of Plaintiff's First Amended Complaint to file a responsive pleading.

IT IS SO STIPULATED.

DATED: November 25, 2026

LAW OFFICES OF DALE K. GALIPO

By: ______________________________

Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff

DATED: November 25, 2026

WESIERSKI & ZUREK LLP

By: ______________________________

Christopher P. Wesierski
*cwesierski@wzllp.com*
Kathryn J. Harvey
*kharvey@wzllp.com*
James M. Lloyd
*jlloyd@wzllp.com*
Attorneys for Defendant COUNTY OF SAN BERNARDINO