**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Monique Padilla, individually and as successor-in-interest to Anthony Bray,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO and DOES 1-10,<br><br>Defendants. | Case No. 5:26-cv-03826-KK-ACCV<br><br>*District Judge Kenly Kiya Kato*<br>*Magistrate Judge Angela C. C. Viramontes*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File a First Amended Complaint is **GRANTED** and Plaintiff is granted leave to file the First Amended Complaint appended to the Motion.

Plaintiff has seven (7) days from the date of this Order to file a First Amended Complaint. Defendants' responsive pleading shall be due twenty-one (21) days from service of the First Amended Complaint.

IT IS SO ORDERED.

Dated:

________________________________
HON. KENLY KIYA KATO
United States District Judge